(38 South. 410.)

No. 15,631.

DUGUE v. LEVY.

(April 10, 1905.)

APPEAL—COSTS—STAY OF EXECUTION.

A decree of this court condemning the plaintiff to pay the costs of appeal, and remanding a case for further trial—the costs of the lower court to await the termination of the litigation—is absolute and final and ripe for execution as to the costs of appeal, and the lower court is powerless to stay execution thereon.

(Syllabus by the Court.)

Action by Joseph Dugue against Samuel Levy. Judgment for plaintiff was reversed on appeal. 37 South. 995.[1] Application of Samuel Levy for writ of mandamus. Granted.

James Barkley Rosser, Jr., and E. Howard McCaleb, for relator. Respondent Judge, pro se. Kossuth V. Richard, for reporter.

————

[1] Ante, p. 21.

PROVOSTY, J. Application is made for mandamus to the trial judge to execute the decree heretofore handed down by this court in this case, which decree reads as follows:

"The judgment appealed from is therefore set aside, and the case is remanded for further trial as hereinabove indicated; plaintiff to pay the costs of the appeal, and the costs of the lower court to await the final determination of the cause."

The trial judge fixed the amount of the said costs of appeal, but stayed execution thereon until the suit should terminate. This was error on the part of our learned Brother. The said decree is absolute and final, and consequently ripe for execution.

Let the mandamus issue as prayed.